# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1739
LT Case No. 2023-CA-591

_____

ORLANDO PETERS,

    Appellant,

    v.

STATE OF FLORIDA and
DEPARTMENT OF CORRECTIONS,

    Appellees.

_____

On appeal from the Circuit Court for Sumter County.
Michelle T. Morley, Judge.

Orlando Peters, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee, State of Florida.

No Appearance for Appellee, Department of Corrections.

January 23, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, MACIVER, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————